*Frank L. Ward* and *F. E. Coursen* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Isaac Frank* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.

In the Matter of the Claim of JAMES E. DALEY against H. C. MINER LITHOGRAPHING COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued May 24, 1933; decided June 13, 1933.)

*John J. Bennett, Jr.,* Attorney-General (*Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*Frank L. Ward* for respondents.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.